IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | |
| | * | |
| KATRINA R. NEWSON | * | 04cr20286-D |
| a/k/a Katrina R. Newsom | | |

### ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On August 23, 2005, **Katrina R. Newson a/k/a Katrina R. Newsom** appeared before me on a charge of violation of the terms and conditions of her probation in this matter. The defendant had previously been advised of her rights under Fed.R.Crim.P. 5 and 32.1(a) and counsel was retained.

At this hearing, counsel indicated that defendant **Katrina R. Newson a/k/a Katrina R. Newsom** wished to waive her right to a preliminary hearing or probable cause hearing and have this matter remanded to the United States District Court.

Accordingly, defendant is held to a final revocation hearing before United States District Judge **Bernice B. Donald.** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are given.

IT IS SO ORDERED this 24 day of August, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20286 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Sean M. Haynes
U.S. TRUSTEE
200 Jefferson Ave.
Ste. 400
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT