IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV -2 PM 1:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 04-20286-D |
| ) | |
| KATRINA R. NEWSOM, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON GOVERNMENT'S MOTION
TO REVOKE ORDER SETTING CONDITIONS OF RELEASE**

This cause came before the Court upon the written motion of the United States pursuant to 18 U.S.C. § 3145(a)(1) to revoke the Order Setting Conditions of Release entered on or about August 23, 2005. The government's motion seeks to have the defendant arrested and brought before the Court for a hearing upon the motion, and after such hearing to order the defendant detained until the conclusion of the final hearing on the petition to revoke the defendant's probation. Based on the government's motion and the entire record in this cause, the Court finds that the government's motion is well taken.

**IT IS THEREFORE ORDERED** that the United States Marshal shall arrest the defendant and bring the defendant before the Court for a hearing upon the government's motion.

**SO ORDERED** this _2nd_ day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-2-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20286 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Sean M. Haynes
U.S. TRUSTEE
200 Jefferson Ave.
Ste. 400
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT