IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 05-20387BV |
| | ) | 04-20286DV |
| KATRINA NEWSOM, | ) | |
| | ) | |
| Defendant. | ) | |

---

ORDER ALLOWING WITHDRAWAL OF COUNSEL
_____

Before the court is the May 18, 2006 motion of Javier Baily, retained counsel for defendant Katrina Newsom, filed in Case No. 05-20387BV, seeking an order from this court allowing him to withdraw from representation of the defendant.  The motion was referred to the United States Magistrate Judge for determination.

A hearing was held on May 26, 2006.  At the hearing, Mr. Bailey moved in open court to also be allowed to withdraw in Case No. 04-20286DV. Mr. Bailey advised the court that differences have arisen between him and the defendant that prevent him from providing further representation to the defendant.  The defendant concurred with Mr. Bailey's request to withdraw as counsel.

Accordingly, the motion is granted, and Mr. Bailey is relieved of any further duty of representation.  New counsel will be appointed for the defendant from the CJA list of attorneys, the defendant having qualified for appointment of counsel.

IT IS SO ORDERED this 26th day of May, 2006.

 s/ Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE